UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:06cv00178

| | |
|---|---|
| **RHONDA C. DAVIS,** ) | |
| ) | |
| Plaintiff, ) | **MOTION FOR ENTRY OF** |
| vs. ) | **DEFAULT AGAINST** |
| ) | **STERLING AND KING, INC.** |
| **TRANS UNION, LLC and STERLING AND KING, INC.,** ) | |
| ) | |
| Defendants. ) | |

The Plaintiff, pursuant to Rule 55 of the Rules of Civil Procedure, respectfully moves the Court for the entry of default against the Defendant Sterling and King, Inc., and in support thereof, says:

1. This action was filed in Mecklenburg County Superior Court on March 10, 2006 and removed to this Court on April 24, 2006 as shown on the affidavit of service filed May 26, 2006.

2. Pursuant to Rule 4 of the North Carolina Rules of Civil Procedure, the Defendant Sterling and King, Inc. was served a copy of the Summons and Complaint by Federal Express on April 24, 2006.

3. The time for the Sterling and King, Inc. to answer or otherwise respond to the Plaintiff's Complaint has expired, and the Defendant Sterling and King, Inc. has failed to answer or otherwise respond to the Plaintiff's Complaint.

WHEREFORE, the Plaintiff prays that the Clerk or Court enter default against the Defendant, Sterling and King, Inc., and for such other and further relief as is just and proper.

DATED this 20th day of June, 2006.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Plaintiff
John W. Taylor, P.C.
13777 Ballantyne Corporate Place, Suite 320
Charlotte, NC 28277
Phone No.: (704) 540-3622
Facsimile No.: (704) 540-3623
Email address: johntaylor@johntaylorlaw.com