## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:06-CV-178

RHONDA C. DAVIS,

    Plaintiff ,

        v.

TRANS UNION LLC, STERLING AND
KING, INC.,

    Defendants.

**ORDER**

Upon motion, for good cause shown, it is ordered that attorney M. Kasey Ratliff is hereby admitted *pro hac vice* for the purpose of representing the Defendant, Trans Union LLC, in the above-captioned action. Consistent with local rule, the appropriate fee should be forwarded to the Clerk of Court.

Signed: June 29, 2006

David C. Keesler
United States Magistrate Judge