UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No.3:06-CV-00178

RHONDA C. DAVIS,

                Plaintiff,

Vs.

TRANS UNION LLC, and
STERLING AND KING, INC.,

                Defendants.

### DEFENDANT STERLING AND KING, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT

### AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, INSUFFICIENT PROCESS, INSUFFICIENT SERVICE OF PROCESS, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

NOW COMES Defendant Sterling and King, Inc. ("Sterling and King") and moves the Court, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, to set aside the Entry of Default entered against Sterling and King on June 21, 2006. In the event the Entry of Default is Set Aside, Sterling & King, pursuant to Rule 12(b)(1)(2)(4)(5) and (6), also moves to dismiss Plaintiff's complaint. In support of these motions, Sterling and King shows the Court as follows:

1.     This action was originally commenced in the North Carolina General Court of Justice in the Mecklenburg County Superior Court. On April 13, 2005, Defendant Trans Union LLC filed a notice of removal.

2.     Prior to the removal of this action, Sterling and King had not been served with the state court action.

1

3. As evidenced by the affidavit of John W. Taylor, attorney for Plaintiff, Plaintiff attempted service on Sterling & King by depositing a copy of the "Summons and Complaint" in a Federal Express drop box on April 21, 2006, after the state court action had been removed.

4. The summons deposited in the Federal Express drop box and delivered to Sterling and King was issued by the Mecklenburg County Superior Court.

5. No federal court summons was ever issued or served on Sterling and King. Accordingly, Plaintiff's attempted service on Sterling & King after removal and the Entry of Default are void as a matter of law. Because a valid and effective process has never been issued nor served on Sterling and King, this Court lacks jurisdiction over Sterling and King, and Plaintiff's action should be dismissed as a matter of law.

6. In addition to the above grounds, good cause exists for setting aside the Entry of Default. Sterling & King has meritorious defenses to Plaintiff's claims, and Plaintiff's claims, in any event, are not sufficiently stated to allege valid causes of action or to invoke the subject matter jurisdiction of this Court.

7. In support of these motions, Sterling & King relies upon the attached affidavits and exhibits, as well as the memorandum of law filed contemporaneously herewith.

This the 1st day of August, 2006.

                                POYNER & SPRUILL LLP

                                /s/ Joshua B. Durham
                                Joshua B. Durham
                                N.C. Bar No. 25414; jdurham@poynerspruill.com
                                Deborah M. Tyson
                                N.C. Bar No. 28134; dtyson@poynerspruill.com
                                One Wachovia Center
                                301 S. College Street, Suite 2300
                                Charlotte, North Carolina 28202
                                (704) 342-5250
                                ATTORNEYS FOR STERLING & KING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Haley M. Jonas**
13777 Ballantyne Corporate Place
Suite 320
Charlotte, NC 28277
704/540-3622
704/540-3623 (fax)
johntaylorlaw@bellsouth.net

**Todd A. King**
Cranfill, Sumner & Hartzog, L.L.P.
227 West Trade St., Ste. 600
Charlotte, NC 28202
704-940-3417
704-332-9994 (fax)
tak@cshlaw.com

**John W. Taylor**
13777 Ballantyne Corporate Place
Suite 320
Charlotte, NC 28277
704-540-3622
704-540-3623 (fax)
johntaylorlaw@bellsouth.net

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**M. Kasey Ratliff**
Strasburger & Price LLP
2801 Network Blvd, Ste. 600
Frisco, TX 75034
469-287-3900
469-227-6579 (fax)

                                                   /s/ Joshua B. Durham
                                                   N.C. Bar No. 25414

POYNER & SPRUILL LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 342-5250
Email: jdurham@poyners.com