UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No.3:06-CV-00178

RHONDA C. DAVIS,

          Plaintiff,

Vs.

TRANS UNION LLC, and
STERLING AND KING, INC.,

          Defendants.

## RENEWED MOTION TO DISMISS

      In response to Plaintiff's attempted service of the complaint on August 16, 2006, Defendant Sterling & King, Inc. hereby adopts and incorporates its Motion to Dismiss and supporting memorandum filed August 1, 2006 and its Response in Opposition to Plaintiff's Motion for Extension of Time for Service of Process filed August 18, 2006. In light of the motions currently pending before this Court, Defendant does not believe any formal pleading or response to the attempted service on August 16, 2006 is required, as this Court's ruling could make such attempted service moot and/or render the filing date of this action as of the date of the most recent summons. Defendant therefore reserves its right to more fully answer the same or raise additional motions after this Court rules on the motions before it.

      This the 5th day of September, 2006.

                        POYNER & SPRUILL LLP

                        /s/ Joshua B. Durham
                        Joshua B. Durham
                        N.C. Bar No. 25414; jdurham@poynerspruill.com
                        Deborah M. Tyson
                        N.C. Bar No. 28134; dtyson@poynerspruill.com
                        One Wachovia Center
                        301 S. College Street, Suite 2300
                        Charlotte, North Carolina 28202
                        (704) 342-5250
                        (704) 342-5264 (fax)
                        ATTORNEYS FOR STERLING & KING, INC.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Haley M. Jonas**<br>13777 Ballantyne Corporate Place<br>Suite 320<br>Charlotte, NC 28277<br>704/540-3622<br>704/540-3623 (fax)<br>johntaylorlaw@bellsouth.net | **Todd A. King**<br>Cranfill, Sumner & Hartzog, L.L.P.<br>227 West Trade St., Ste. 600<br>Charlotte, NC 28202<br>704-940-3417<br>704-332-9994 (fax)<br>tak@cshlaw.com |
| **John W. Taylor**<br>13777 Ballantyne Corporate Place<br>Suite 320<br>Charlotte, NC 28277<br>704-540-3622<br>704-540-3623 (fax)<br>johntaylorlaw@bellsouth.net | **M. Kasey Ratliff**<br>Strasburger & Price LLP<br>2801 Network Blvd, Ste. 600<br>Frisco, TX 75034<br>469.287.3909<br>469.227.6579 (fax)<br>kasey.ratliff@strasburger.com |

/s/ Joshua B. Durham
N.C. Bar No. 25414

POYNER & SPRUILL LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC  28202
Telephone: (704) 342-5250
Fax: (704) 342-5264
Email: jdurham@poyners.com