# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.3:06-CV-00178

RHONDA C. DAVIS,

                Plaintiff,

vs.

TRANS UNION LLC, and STERLING AND KING, INC.,

                Defendants.

## ORDER ON
## DEFENDANT STERLING & KING, INC.'S
## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

On this day came on to be heard Defendant Sterling & King, Inc.'s Unopposed Motion for Extension of Deadlines by sixty (60) days and the Court is of the opinion that the Motion in this instance is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Sterling & King, Inc.'s Unopposed Motion for Extension of Deadlines by sixty (60) days is GRANTED, with the new deadlines as follows:

|  | *New Deadline* |
|---|---|
| Discovery Cutoff | September 28, 2007 |
| Dispositive Motions Cutoff | October 29, 2007 |

**IT IS SO ORDERED.**

Signed: August 7, 2007

_____
David C. Keesler
United States Magistrate Judge