UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:06cv00178

| | |
|---|---|
| RHONDA C. DAVIS,<br><br>        Plaintiff,<br>vs.<br><br>TRANS UNION, LLC and STERLING AND KING, INC.,<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT STERLING AND KING, INC.**

The Plaintiff and the Defendant Sterling and King, Inc. hereby stipulate to the dismissal of the Plaintiff's claims against Sterling and King, Inc. with prejudice. Each party will bear its own costs.

This the 4th day of April, 2008.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Plaintiff
John W. Taylor, P.C.
13777 Ballantyne Corporate Place, Suite 320
Charlotte, NC 28277
Phone No.: (704) 540-3622
Facsimile No.: (704) 540-3623
Email address: johntaylor@johntaylorlaw.com


/s/ Joshua B. Durham
Joshua B. Durham, Bar No. 25414
Attorney for Defendant Sterling and King, Inc.
Poyner & Spruill, LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28202
Phone No.: (704) 342-5250
Facsimile No.: (704) 342-5264
Email address: jdurham@poynerspruill.com