UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:06cv00178

RHONDA C. DAVIS, )
)
)
Plaintiff, )
)
vs. )
)
TRANS UNION, LLC and STERLING AND )
KING, INC., )
)
Defendant )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant Trans Union, LLC hereby stipulate to the dismissal of the Plaintiff's claims against Trans Union, LLC with prejudice. Each party will bear its own costs.

This the 8th day of May, 2008.

| | |
|---|---|
| /s/ John W. Taylor | /s/ M. Kasey Ratliff |
| John W. Taylor, Bar No. 21378 | M. Kasey Ratliff |
| Attorney for Plaintiff | Texas Bar No. 24041751 |
| John W. Taylor, P.C. | Attorney for Defendant Trans Union, LLC |
| 13777 Ballantyne Corporate Place, Suite 320 | Strasburger & Price, LLP |
| Charlotte, NC 28277 | 901 Main Street, Suite 4400 |
| Phone No.: (704) 540-3622 | Dallas, TX 75202 |
| Facsimile No.: (704) 540-3623 | Phone No.: (214) 651-4708 |
| Email address: johntaylor@johntaylorlaw.com | Facsimile No.: (214) 659-4007 |
| | Email Address: kasey.ratliff@strasburger.com |